**LAW OFFICE OF CALVIN CHANG**
CALVIN CHANG (SBN 277851)
980 – 9th Street, 16th Floor
Sacramento, California 95814
Telephone: 916.538.0225
calvin@calvinchanglaw.com

Attorney for Plaintiff ESMERALDA PIMENTEL

*David A. Perez (appearing Pro Hac Vice)*
DPerez@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Aaron J. Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
ZUMEEZ INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA PIMENTEL, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZUMIEZ INC., a Washington corporation; DOE 1, an individual; DOE 2, an individual; and DOES 3 through 20, inclusive,<br><br>　　　　Defendants. | **Case No. 2:19-cv-02541-WBS-AC**<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1) AND [~~PROPOSED~~] ORDER**<br><br>Removal Date: December 17, 2019 |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). All parties shall bear their own costs and attorneys' fees.

Dated: February 10, 2020　　　　　　　LAW OFFICE OF CALVIN CHANG

/s/ Calvin Chang

By: _____
　　Calvin Chang, Esq.
　　Attorney for ESMERALDA PIMENTEL

Dated: February 10, 2020　　　　　　　Perkins Coie LLP

/s/ Aaron J. Ver

By: _____
　　David A. Perez
　　Aaron J. Ver
　　Attorney for ZUMIEZ INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 10, 2020　　　　　　　/s/ Calvin Chang

By: _____
　　Calvin Chang, Esq.

# [~~PROPOSED~~] ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED: February 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE